**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

**Ted Schwarzrock,**

**Plaintiff,**

**vs.**

**BioNutrix, LLC, a Minnesota Limited Liability Company, Mark Lyte, Phyllis A. Lyte, and John W. Larson**

**Defendants.**

**Civ. No. 00-1920 RHK/JMM**

**ORDER**

Based upon all the files, records and proceedings herein, and the Stipulation for Dismissal with Prejudice, dated October 27, 2000,

**IT IS HEREBY ORDERED:**

That this matter is dismissed, with prejudice, with each party to bear its own costs.

DATED: 10/30, 2000

BY THE COURT:

Richard H. Kyle
Judge of U.S. District Court

FILED OCT 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2263018.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

**Ted Schwarzrock,** **Civ. No. 00-1920 RHK/JMM**

**Plaintiff,**

**vs.**

**BioNutrix, LLC, a Minnesota Limited Liability Company, Mark Lyte, Phyllis A. Lyte, and John W. Larson**

**Defendants.**

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties to this action, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the Complaint filed by Plaintiff Ted Schwarzrock against Defendants BioNutrix, LLC, Mark Lyte, Phyllis Lyte and John Larson, shall be and is hereby dismissed with full prejudice, with each party to bear its own costs.

Dated this 27 day of October, 2000.

DUCKSON & CARLSON, L.L.C.

By ______________________
Scott Carlson #192284
333 South 7th Street, #2100
Minneapolis, MN 55402
(612) 317-2601
**ATTORNEYS FOR TED SCHWARZROCK**

Dated this 27th day of October, 2000

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

By ______________________
Annamarie A. Daley
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500
**ATTTORNEYS FOR**
**BIONUTRIX, LLC, MARK LYTE, PHYLLIS A. LYTE, AND JOHN W. LARSON**

2258530.1